## ARTHUR R. BARLOW *v.* COMMISSIONER OF CORRECTION
## (AC 16686)

O'Connell, C. J., and Hennessy and Stoughton, Js.

Argued January 26—officially released February 17, 1998

Per Curiam. The appeal is dismissed.

## ROBERT H. VALENTI ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON ET AL.
## (AC 16235)

O'Connell, C. J., and Hennessy and Stoughton, Js.

Argued January 26—officially released February 17, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ODELL SMITH
## (AC 16217)

Landau, Schaller and Spear, Js.

Argued January 27—officially released February 17, 1998

Per Curiam. The judgment is affirmed.